# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH LYN KAPLAN,

              Petitioner,

   v.

PROBATION OFFICER GUTIERREZ,

              Respondent.

Case No. EDCV 10-0994-JVS (JEM)

**JUDGMENT**

      In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED:   February 17, 2011

                                              JAMES V. SELNA
                                  UNITED STATES DISTRICT JUDGE